[No. 12074-1-III.   Division Three.   April 1, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. KENSINGTON HOLBROOK, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00079-5, Robert N. Hackett, Jr., J., entered November 6, 1991. *Remanded with instructions* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 27416-3-I.   Division One.   April 5, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. CLAYTON B. CROFTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-05049-8, Terrence A. Carroll, J., entered December 6, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Agid, J.

[No. 30138-1-I.   Division One.   April 5, 1993.]

GLORIA J. VAN SICKLE, ET AL, *Appellants*, v. JOSEPH ERIC YANDEL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-17663-7, Mary Wicks Brucker, J., entered January 17, 1992. *Reversed* by unpublished per curiam opinion.